ORIGINAL

Melvin Sanders
#14136-053
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

Clerk of the Court
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

**FILED**
HARRISBURG, PA

JAN 17 2001

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

RE:  1:00-cv-01866  Sanders v. Reish
     Judge: Sylvia H. Rambo
            J. Andrew Smyser, Magistrate

Dear Sir/Madam:

On October 7, 2000, Petitioner Melvin Sanders filed the above captioned Civil Action. This matter was forwarded to the Court for further consideration on October 25, 2000. On that same date, Mr. Sanders was notified that Magistrate Judge J. Andrew Smyser was assigned this case.

From the time of that notification of October 25, 2000, Mr. Sanders has not received any further correspondence pertaining to his petition for Habeas Corpus. Mr. Sanders wishes for this Court to clarify the status of the proceedings thus far. Mr. Sanders is not aware if this Court has ordered a show cause order.

Mr. Sanders has alleged a violation of his incarceration and any undue delay further prejudices his illegal conviction and detainment, whereas Mr. Sanders takes the position of being "actually innocent."

For the foregoing reasons Petitioner Sanders respectfully wishes to be informed on the status of these proceedings.

Respectfully,

*Melvin Sanders*
Melvin Sanders, Pro Se
THE PETITIONER

January 15, 2001
cc: file