Melvin Sanders
Register No. 14136-053
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

Office of the Clerk
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

RE: Docket No. ~~CR-92-721-3~~
            CV00-1866

Dear Clerk:

    The substance of this communication is in the regards to Petitioner's Motion pursuant §2241, Writ of Habeas Corpus.

    I, Melvin Sanders, Pro Se, am a federal prisoner incarcerated at the above referenced address, which is within the jurisdiction of this Court.

    Petitioner had filed a §2241 Motion on April 16, 2001, and it was received by the Clerk's Office in Harrisburg, on April 20, 2001.

    Petitioner, in failing to include such with the original filing, is now sending three (3) copies of his EXHIBITS to be attached with Petitioner's §2241 Motion that was filed and received by this Office on April 20, 2001.

    Petitioner respectfully thanks the Clerk's Office very much for their time and attention to this matter.

Sincerely,

*Melvin Sanders*
Melvin Sanders, Pro Se

Date: April 23, 2001.


cc:file

```
CWG:JEK
F.#
JK200031
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

DEBORAH BRUMBY,
GEORGE JOHNSON and
MELVIN SANDERS, also
  known as "Cool,"

       Defendants.

- - - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. 92 CR 721
(T. 18, U.S.C., §§
 1951 and 3551 et seq.)

THE GRAND JURY CHARGES:

    1.   On or about and between May 14, 1992 and June 5, 1992, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DEBORAH BRUMBY, GEORGE JOHNSON and MELVIN SANDERS, also known as "Cool," together with others did knowingly and wilfully conspire to obtain and attempt to obtain certain property, to wit, sums of money, from and with the consent of Jeffrey Cooper, which consent was induced by wrongful use of actual and threatened force, violence and fear, and thereby did obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

    2.   It was part of the conspiracy that the defendants DEBORAH BRUMBY, GEORGE JOHNSON and MELVIN SANDERS, also known as "Cool," would and did threaten and intimidate Jeffrey Cooper for the purpose of extorting money from him.

3. In furtherance of the conspiracy and to accomplish its objectives, within the Eastern District of New York and elsewhere, the defendants DEBORAH BRUMBY, GEORGE JOHNSON and MELVIN SANDERS, also known as "Cool," and others committed and caused to be committed the following:

## OVERT ACTS

(i) On or about May 14, 1992, a conspirator visited the home of Jeffrey Cooper.

(ii) On or about May 15, 1992, a conspirator visited the home of Jeffrey Cooper.

(iii) On or about May 18, 1992, a conspirator identifying himself as "Johnny" telephoned Jeffrey Cooper and demanded payment of a sum of money.

(iv) On or about May 19, 1992, "Johnny" telephoned the home of Jeffrey Cooper and left a message on a telephone answering machine threatening Cooper and demanding payment of a sum of money.

(v) On or about May 21, 1992, the defendants DEBORAH BRUMBY and MELVIN SANDERS, also known as "Cool," and another came to Jeffrey Cooper's office and spoke to Cooper about meeting "Johnny."

(vi) On or about May 27, 1992, a conspirator telephoned Jeffrey Cooper and threatened to blow up Cooper's "place" unless Cooper paid a sum of money.

(vii) On or about May 29, 1992, a conspirator telephoned the home of Jeffrey Cooper and left a threatening message on a telephone answering machine.

(viii) On or about May 29, 1992, "Johnny" and a conspirator identifying himself as "Mark" telephoned Jeffrey Cooper and threatened the lives of Cooper's children.

(ix) On or about June 4, 1992, "Johnny" telephoned Jeffrey Cooper and demanded payment of a sum of money.

(x) On or about June 5, 1992, the defendant GEORGE JOHNSON came to Jeffrey Cooper's office to pick up a sum of money from Cooper.

(xi) On or about June 5, 1992, the defendant MELVIN SANDERS, also known as "Cool," proceeded to the vicinity of 170th Street and Hillside Avenue, Queens, New York.

(Title 18, United States Code, Sections 1951 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

*[signature]*
ANDREW J. MALONEY
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
R.M. 83

No. _____

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK _____

CRIMINAL _____ Division

## THE UNITED STATES OF AMERICA

vs.

DEBORAH BRUMBY, GEORGE JOHNSON and
MELVIN SANDERS, also known as "Cool,"
Defendants.

## INDICTMENT

Title 18, United States Code, Sections 1951 and 3551 et seq.

*A true bill.*

_____
Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
Clerk

*Bail, $* _____

J. Katzman, AUSA, 330-2859

Exhibit A

BP-S187.058   PROGRESS REPORT CDFRM
FEB 94
U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| Institution | Date |
|---|---|
| FCI Schuylkill, Pennsylvania | March 9, 1999 |

**Inmate Reviewed**

| Inmate's Signature | Date | Staff Signature |
|---|---|---|
|  |  |  |

1. Type of Progress Report
   Initial            Statutory Interim        Pre-Release
   Transfer        XX Triennial                  Other (Specify)

2. Inmate's Name                3. Register Number        4. Age (DOB)

   SANDERS, Melvin                   14136-053                    41 (11-04-1957)

5. Present Security/Custody Level

   Medium/ In

6. Offense/Violator Offense

   Conspiracy to Commit Extortion

7. Sentence

   151 Months Imprisonment; 3 Years Supervised Release; $50.00 Assessment

8. Sentence Began              9. Months Served              10. Days GCT

   04-30-1993                          71 Months + 329 Days JCT        324 Awarded/ 592 Projected

11. Days FSGT/WSGT/DGCT    12. Projected Release          13. Last USPC Action

    0/0/0                                      05-23-2003 via GCT               N/A

14. Detainers/Pending Charges

    Mr. Sanders has no known detainers or pending charges.

15. Co-defendants

    N/A

For Continuation Page, type on a blank sheet with the Inmate's Name,
Register No., and Date and attach to this form.

Record Copy - Inmate File; Copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - Inmate

(This form may be replicated via WP)           Replaces all BP-CLASS-3 and BP-187(58) of NOV 90

Exhibit-C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.                      ) | PRESENTENCE INVESTIGATION REPORT |
| ) | |
| MELVIN SANDERS           ) | DOCKET NO. 92-CR-721-03 |
| ) | |

**Prepared for:** The Honorable Denis R. Hurley
United States District Judge

**Prepared by:** David J. Washington
United States Probation Officer

<u>Assistant U.S. Attorney</u>
Julie Katzman, Esq.

<u>Defense Counsel</u>
Alan Polak, Esq. (Appointed)
225 Broadway, Suite 515
New York, NY 10007
(212) 619-3545

**Sentence Date:** April 23, 1993 at 9:30 A.M.

**Offense:** 18 USC 1951, CONSPIRACY TO COMMIT EXTORTION, A CLASS C FELONY

**Release Status:**   In custody since June 5, 1992

**Detainers:**   Parole Violators Warrant (see paragraph 38)

**Other Defendants:**   See page 2

**Date Report Prepared:** March 25, 1993